IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Chaney, Cedric J

Printed: 7/8/08

Case Number:  06 B 01168
Judge: Goldgar, A. Benjamin
Filed: 2/10/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 9, 2008
Confirmed: April 11, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 20,775.85 |  |
| Secured: |  | 3,792.46 |
| Unsecured: |  | 12,966.34 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,915.50 |
| Trustee Fee: |  | 1,097.19 |
| Other Funds: |  | 4.36 |
| Totals: | 20,775.85 | 20,775.85 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas R Hitchcock | Administrative | 412.50 | 412.50 |
| 2. | Thomas R Hitchcock | Administrative | 2,503.00 | 2,503.00 |
| 3. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 0.00 | 0.00 |
| 5. | HSBC Mortgage Services | Secured | 14,721.75 | 3,792.46 |
| 6. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 7. | Ford Motor Credit Corporation | Unsecured | 7,150.91 | 7,150.91 |
| 8. | Capital One | Unsecured | 648.61 | 648.61 |
| 9. | RJM Acquisitions LLC | Unsecured | 39.22 | 39.22 |
| 10. | Illinois Dept Of Employment Sec | Unsecured | 4,271.78 | 4,271.78 |
| 11. | RoundUp Funding LLC | Unsecured | 855.82 | 855.82 |
| 12. | Peoples Energy Corp | Unsecured | 1,397.97 | 0.00 |
| 13. | Fairlane Credit L.L.C. | Secured |  | No Claim Filed |
| 14. | Thomas R Hitchcock | Priority |  | No Claim Filed |
| 15. | City Of Chicago | Unsecured |  | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 17. | AT&T Credi Corp. | Unsecured |  | No Claim Filed |
| 18. | Ameritech | Unsecured |  | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 20. | AMCA | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 32,001.56 | $ 19,674.30 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 65.17 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Chaney, Cedric J

Printed:  7/8/08

Case Number:  06 B 01168
Judge:  Goldgar, A. Benjamin
Filed:  2/10/06

|  |  |
|---|---|
| 5% | 80.25 |
| 4.8% | 153.84 |
| 5.4% | 797.93 |
|  | _____ |
|  | $ 1,097.19 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____